**WEYERHAEUSER COMPANY,**
**Plaintiff–Appellant,**

v.

**A.D. HINTON, L.L.C., et al.,**
**Defendants–Appellees.**

No. 07–30117.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

Adam B. Zuckerman, Baker Donelson Bearman Caldwell & Berkowitz, New Orleans, LA, for Plaintiff–Appellant.

---

Matthew Joseph Randazzo, III, Gordon, Arata, McCollam, Duplantis & Eagan, New Orleans, LA, Edwin K. Theus, Jr., Theus, Grisham, Davis & Leigh, Monroe, LA, for Defendants–Appellees.

Before REAVLEY, GARZA, AND DENNIS, Circuit Judges.

PER CURIAM: *

Plaintiff-appellant Weyerhaeuser Company appeals from the district court's judgment granting the motions for summary judgment by defendants-appellees, denying Weyerhaeuser's cross-motion for summary judgment, and dismissing Weyerhaeuser's claims. After considering the written and oral arguments of the parties and the pertinent portions of the record compiled for this appeal, we affirm the judgment of the district court for the reasons assigned in the district court's Memorandum Ruling.

**AFFIRMED.**

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.